UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:03-CR-84-T-17MAP |
| ) | |
| MICHAEL NAHOOM. ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On this 13th day of October, 2006, came the Assistant United States Attorney and the defendant MICHAEL NAHOOM, appeared in person and with counsel AFPD Allison Guagliardo.

It appearing to the Court that the above named defendant, having heretofore been convicted of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment previously entered herein.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release previously entered herein as to the above named defendant is hereby REVOKED.

Case No. 8:03-CR-84-T-17MAP        USA vs. Michael Nahoom

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for IMPRISONMENT for a period of <u>EIGHT (8) MONTHS</u> with credit for time served or until the defendant is otherwise discharged as provided as law. The term of imprisonment shall be followed by a new term of **SUPERVISED RELEASE** of <u>TWENTY-FOUR (24) MONTHS</u>. The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

## Recommendation to United States Bureau of Prisons:

(1) The Court requests that the United States Bureau of Prisons prepare a verification calculation of Defendant's credit for time served to determine if the previous calculations were accurate. If the previous calculations were not accurate, please recalculate to allow the defendant appropriate credit for time served.

## Special Conditions Of Supervised Release:

(1) The defendant shall reside at the Comprehensive Sanctions Center (CSC), for <u>SIX (6) MONTHS.</u> The defendant shall participate in the life skills program. The defendant shall also participate in the Substance Abuse Education/Treatment Program, if determined necessary by the Center Program Review Team. The defendant's first (up to 30) days shall be in Level One. While at the CSC, the defendant shall contribute towards the cost of his room and board, as directed by the CSC staff. Cost of transportation to and from the CSC shall be the responsibility of the defendant.

(2) The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

(3) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any new major purchases without approval of the probation officer.

(4) The defendant shall provide the probation officer access to any requested financial information.

Case No. 8:03-CR-84-T-17MAP                USA vs. Michael Nahoom

(5)   The defendant shall perform **ONE HUNDRED FIFTY (150) HOURS** of community service as directed by the probation officer. This community service may be substituted on an hourly basis for gainful employment.

(6)   The defendant shall pay **$15,556.02** in restitution to the victims listed in the Judgment and Commitment Order..

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this _16th_ day of October, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office