# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| MICHAEL NAHOOM | Case Number:  8:03-CR-84-T-17MAP |
| | USM Number:  41190-018 |
| | AFPD Adam Allen |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1-3__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Solicit to Commit Prostitution | August 17, 2007 |
| 2 | Failure to Reside in a Residential Re-entry Center/Residential Re-Entry Sanctions Center | August 21, 2007 |
| 3 | Positive Urinalysis, Cocaine | October 17, 2007 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 20 2007
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

November 21st, 2007
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: MICHAEL NAHOOM
CASE NUMBER: 8:03-CR-84-T-17MAP

Judgment - Page __2__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHT (8) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.   p.m. on _____.

  ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 5 - Criminal Monetary Penalties

| | Judgment - Page 3 of 5 |
|---|---|
| DEFENDANT: MICHAEL NAHOOM | |
| CASE NUMBER: 8:03-CR-84-T-17MAP | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ | $ | $15,556.02 |

\_\_\_\_\_ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

__X__ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Seven-Eleven<br>2711 North Haskell Avenue<br>Dallas, TX 75204 | | $ 131.05 | |
| Walgreens<br>200 Wilmot Road<br>Deerfield, IL 60015 | | $ 89.12 | |
| K-Mart<br>3100 West Big Beaver Road<br>Troy, MI 48084 | | $ 998.71 | |
| Walmart<br>702 South West 8th Street<br>Bentonville, AK 72716 | | $ 1,761.03 | |
| Eckerds<br>Post Office Box 4689<br>Clearwater, FL 33758 | | $ 144.26 | |
| Publix<br>Post Office Box 407<br>Lakeland, FL 33802 | | $ 4,637.46 | |
| Winn Dixie<br>5050 Edgewood Court<br>Jacksonville, FL 32254 | | $ 2,502.50 | |
| Kash N Karry<br>Post Office Box 1330<br>Salisbury, NC 28145 | | $ 3,007.65 | |
| Felton's Meat and Produce Market<br>617 North Maryland Avenue<br>Plant City, FL 33563 | | $ 294.91 | |
| CVS<br>1 CVS Drive<br>Woonsocket, RI 02895 | | $ 145.48 | |

DEFENDANT:    MICHAEL NAHOOM
CASE NUMBER:  8:03-CR-84-T-17MAP

# CRIMINAL MONETARY PENALTIES CONT'D

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Best Buy<br>Post Office Box 9312<br>Minneapolis, MN  55440 | | $ 217.14 | |
| Hungry Howies<br>30300 Stephenson Highway<br>Madison Heights, MI  48071 | | $  38.39 | |
| USPS<br>Attention: Postmaster<br>2000 Mulford Road<br>Mulberry, FL  33860 | | $ 700.00 | |
| Econo-Service, Incorporated<br>936 Cleveland Street, #B<br>Clearwater, FL  33755 | | $ 196.89 | |
| Southern Commerce Bank<br>5650 Breckenridge Parkway, #110<br>Tampa, FL  33610 | | $ 202.65 | |
| Kwik Pak Food Mart<br>14650 Dr. Martin Luther King, Jr. Boulevard<br>Dover, FL  33527 | | $ 488.78 | |

     Total:     **$15,556.02**

_____ Restitution amount ordered pursuant to plea agreement $_____

_____ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

_____ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ___ the interest requirement is waived for the  _____ fine  _____ restitution.

  ___ the interest requirement for the  _____ fine _____ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 8:03-cr-00084-EAK   Document 134   Filed 11/21/07   Page 5 of 5 PageID 372
AO 245D (Rev 01/07) Judgment in a Criminal Case for Revocation
Sheet 6 - Schedule of Payments

Defendant:   MICHAEL NAHOOM                                Judgment - Page _5_ of _5_
Case No.:    8:03-CR-84-T-17MAP

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __    Lump sum payment of $ _ due immediately, balance due

   __ not later than _____, or

   __ in accordance __ C, __ D, __ E or __ F below; or

B. _X_   Restitution payments to begin immediately.

C. __    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ __ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. __    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ __ _____ over a period of _____, (e.g., months or years) to commence _____ __ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. __    Payment during the term of supervised release will commence within _____ _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. __    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_X_   Joint and Several:

Paul Christopher Hackney, Robert Svendsen; Case No. 8:03-CR-84-T-17MAP; $15,556.02

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.